**No. 09-7938. Corey L. Manning, Petitioner v. Carmen Palmer, Warden.**

560 U.S. 919, 130 S. Ct. 3314, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4138.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1098.